**ORIGINAL**

**SUBT**
XAVIER GONZALES, ESQ.
Nevada Bar No.:   1862
528 S. Casino Center Blvd, Ste. 205
Las Vegas, Nevada 89101
(702) 388-8181
*Attorney for Defendant*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | )  CASE NO: 2:11-cr-25 3-PMP-GWF |
| vs. | ) |
| DAVID PEREZ-ALVAREZ, | ) |
| Defendant. | ) |

### NOTICE OF SUBSTITUTION OF ATTORNEY

DAVID PEREZ-ALVAREZ hereby substitutes XAVIER GONZALES, ESQ. 528 S. Casino Center Blvd., 2nd Fl. Las Vegas, Nevada 89101, (702) 388-8182, as attorney of record in place and instead of PAUL RIDDLE ESQ., Federal Public Defender, 411 E. Bonneville Ave, #250, Las Vegas, Nevada 89101, (702) 388-6577.

DATED this _____ day of March, 2012.

_____
DAVID PEREZ-ALVAREZ
Defendant

///

///

1

I, PAUL RIDDLE, ESQ. Consent to the above substitution.

DATED this 26th day of March, 2012.

PAUL RIDDLE, ESQ.
411 E. Bonneville, #250
Las Vegas, Nevada 89101
(702) 388-6577

I am duly admitted to practice in this District.
Above substitution accepted.

DATED this 25th day of March 2012.

XAVIER GONZALES, ESQ.
Nevada Bar No.: 1862
528 S. Casino Center Blvd., Ste. 205
Las Vegas, Nevada 89101
(702) 388-8182

APPROVED:

DATED: March 30, 2012

GEORGE FOLEY, JR
United States Magistrate Judge

2